UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VANESSA PERSAUD, individually and on behalf
of others similarly situated,

                         Plaintiff,

      -against-

FOREST RECOVERY SERVICES, LLC and
LAW OFFICE OF CHARLES G. McCARTHY, JR.
& ASSOCIATES,

                         Defendants.
----------------------------------------------------------------X

**ORDER**

15 CV 5808 (RJD) (CLP)

DEARIE, District Judge:

On February 3, 2016, plaintiff filed a motion for default judgment against the Law Office of Charles G. McCarthy, Jr. & Associates. ECF No. 14. Based on plaintiff's failure to provide a memorandum of law or sufficient documentation in support of her motion—despite Magistrate Judge Pollak's June 29, 2016, Order, ECF No. 18, requiring plaintiff to provide such materials—Magistrate Judge Pollak recommends, by Report and Recommendation dated August 17, 2016, ECF No. 22, that plaintiff's motion be denied without prejudice to refile with the appropriate documentation.

The deadline for filing objections to the Report and Recommendation has passed, and no objections have been filed. The Court has reviewed Magistrate Judge Pollak's Report and Recommendation and, having found no clear error, adopts it in its entirety.

Accordingly, plaintiff's motion for default judgment is denied without prejudice.

SO ORDERED.

Dated: Brooklyn, New York
      September 15, 2016

                                                  s/ RJD
                                      RAYMOND J. DEARIE
                                      United States District Judge